NUMBER 13-05-650-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

IN RE: GORDON DEAN HALEY

                                                                                         

 

 

                      On Petition for
Writ of Mandamus 

 

 

 

                     MEMORANDUM OPINION

 

          Before Chief Justice Valdez
and Justices Castillo and Garza

                                            Per
Curiam

 

The question presented is whether the relator, Gordon Dean Haley, may
compel the respondent by writ of mandamus to furnish him a transcription of the
court reporter's notes without cost for the purpose of his civil appeal.  For the reasons stated in our recent opinion
in In Re Gordon Dean Haley, No. 13-05-626-CV, 2005 Tex. App. LEXIS 8454
(Tex. App.B Corpus Christi,
October 14, 2005, no pet.), we  deny the
application.

PER CURIAM

 

Memorandum Opinion delivered and filed

this the 24th day of October, 2005.